**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
__**Northern District of Texas**__

Case number (if known): _____    Chapter __11__

☐ Check if this is an amended filing

## Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy                 04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| **1. Debtor's name** | **New Greater Generation Family Funeral Group, LLC** | |
| **2. All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as* names | **Eternal Rest Funeral Chapel** | |
| **3. Debtor's federal Employer Identification Number (EIN)** | **4 7 – 3 2 5 6 7 0 5** | |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1400 N. Hampton Road** Number    Street | Number    Street |
| **Desoto, TX 75115** City    State    ZIP Code | City    State    ZIP Code |
| **Dallas** County | **Location of principal assets, if different from principal place of business** Number    Street City    State    ZIP Code |

**5. Debtor's website (URL)**  _____

**6. Type of debtor**
- ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other. Specify: _____

Debtor **New Greater Generation Family Funeral Group, LLC** Case number *(if known)* _____
   Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. §101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. §781(3))<br>☑ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. §501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes . <br>___ ___ ___ ___ |
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11. *Check all that apply:*<br>   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).<br>   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.<br>   ☐ A plan is being filed with this petition.<br>   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br>☐ Yes. District _____ When __/__/____ Case number _____<br>        District _____ When __/__/____ Case number _____ |
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☑ No<br>☐ Yes. Debtor _____ Relationship _____<br>        District _____ When __/__/____<br>        Case number, if known _____ |

Debtor **New Greater Generation Family Funeral Group, LLC**     Case number *(if known)* _____
   Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>   What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>   Number   Street<br>_____<br>City   State   ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency _____<br>   Contact name _____<br>   Phone _____ |

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☐ 1-49  ☑ 50-99  ☐ 1,000-5,000  ☐ 5,001-10,000  ☐ 25,001-50,000  ☐ 50,000-100,000<br>☐ 100-199  ☐ 200-999  ☐ 10,001-25,000  ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000  ☑ $1,000,001-$10 million  ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000  ☐ $10,000,001-$50 million  ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000  ☐ $50,000,001-$100 million  ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million  ☐ $100,000,001-$500 million  ☐ More than $50 billion |

Debtor  **New Greater Generation Family Funeral Group, LLC**　　　　Case number *(if known)* _____
　　　　Name

| 16. Estimated liabilities | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **05/31/2025**
　　　　　　MM/ DD/ YYYY

X **/s/ Gerald Weatherall**　　　　　　　　　**Gerald Weatherall**
Signature of authorized representative of debtor　　　Printed name

Title **Managing Member**

**18. Signature of attorney**

X **/s/ Marilyn D Garner**　　　　　　Date **05/31/2025**
Signature of attorney for debtor　　　　　　　MM/ DD/ YYYY

**Marilyn D Garner**
Printed name

**Law Office of Marilyn D. Garner**
Firm name

**2001 E. Lamar Blvd. Suite 200**
Number　Street

**Arlington**　　　　**TX**　　**76006**
City　　　　　　　State　　ZIP Code

_____　　**mgarner@marilyndgarner.net**
Contact phone　　　　　　Email address

**07675550**　　　　　　**TX**
Bar number　　　　　　State

Official Form 201　　**Voluntary Petition for Non-Individuals Filing for Bankruptcy**　　page **4**

Fill in this information to identify the case:

Debtor name  **New Greater Generation Family Funeral Group, LLC**

United States Bankruptcy Court for the: **Northern District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Foundation Capital Resources<br>3900 South Overland Avenue<br>Springfield, MO 65807 | | | | | | $2,407,000.00 |
| 2 | Newtek Bank, National Association<br>Lake Success Office<br>1981 Marcus Avenue 130<br>Lake Success, NY 11042 | | | | | | $1,012,386.51 |
| 3 | Dallas County Tax Office<br>500 Elm Street 3300<br>Dallas, TX 75204 | | | | | | $351,040.00 |
| 4 | Newtek Bank, National Association<br>Lake Success Office<br>1981 Marcus Avenue 130<br>Lake Success, NY 11042 | | | | | | $240,900.00 |
| 5 | Dallas County Tax Offcie<br>John R. Ames, CTA<br>500 Elm Street 3300<br>Dallas, TX 75702 | | | | | | $139,380.00 |
| 6 | American Express<br>P.O. Box 981535<br>El Paso, TX 79998-1515 | (800) 492-8468 | Credit Card | | | | $54,776.36 |
| 7 | Dallas County Tax Office<br>John R. Ames<br>500 Elm Street 3300<br>Dallas, TX 75204 | | Real Property | | | | $47,067.88 |
| 8 | Mustang Utility Construction Services, Inc.<br>Mark Holiday<br>1603 Riverview Dr.<br>Cleburne, TX 76033 | | | Disputed | | | $43,505.00 |

Official Form 204         Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims         page 1

Debtor  **New Greater Generation Family Funeral Group, LLC**  Case number *(if known)* _____
         Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | The Huntington National Bank<br>11100 Wayzata Blvd. 700<br>Minnetonka, MN 55305 | | | | | | $40,180.00 |
| 10 | Altus Receivables Management<br>2121 Airline Drive<br>P.O. Box 186<br>Metairie, LA 70004-0186 | | | | | | $6,142.50 |
| 11 | Regions Bank dba Ascentium Capital<br>P.O. Box 301593<br>Dallas, TX 75303-1593 | | | | | | $5,202.81 |
| 12 | Spectrum Reach<br>1001 Morehead Square Drive 500<br>Charlotte, NC 28203 | | | | | | $4,992.23 |
| 13 | Altus Receivables Management<br>P.O. Box 186<br>Metairie, LA 70004-0186 | (800) 509-6060 | | | | | $4,914.00 |
| 14 | North Texas Tollway Authority<br>P.O Box 260928<br>Plano, TX 75026 | | | | | | $2,500.00 |
| 15 | Internal Revenue Service<br>1100 Commerce 9A20 - MC 5024<br>Dallas, TX 75242 | | | | | | $1,630.74 |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

Official Form 204  **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**  page 2

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE: **New Greater Generation Family Funeral Group, LLC**

CASE NO

CHAPTER **11**

### VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date **05/31/2025**     Signature     **/s/ Gerald Weatherall**

Gerald Weatherall, Managing Member

Altus Receivables Management
P.O. Box 186
Metairie, LA 70004-0186

Altus Receivables Management
2121 Airline Drive
P.O. Box 186
Metairie, LA 70004-0186

American Express
P.O. Box 981535
El Paso, TX 79998-1515

Borrower Heaven Com LLC
P.O. Box 6166
Monroe Township, NJ 08831

Brett O. Hargis
24 Greenway Plaza 600
Houston, TX 77046

Chase
P. O. Box 182051
Columbus, OH 43215

Christian Tovar
24 Greenway Plaza 600
Houston, TX 77046

Classic Leasing, LLC
102 Crestline Street
Morrilton, AR 72110

Corporate Section
P.O. Box 13697
Austin, TX 78711

Dallas County Tax Assessor
attn: Linebarger Goggan Blair
2777 N Stemmons Fwy Ste 1000
Dallas, TX 75207

Dallas County Tax Offcie
John R. Ames, CTA
500 Elm Street 3300
Dallas, TX 75702

Dallas County Tax Office
John R. Ames
500 Elm Street 3300
Dallas, TX 75204

Dallas County Tax Office
500 Elm Street 3300
Dallas, TX 75204

Dana Clark
Webster Vicknair MacLeod
24 Greenway Plaza
Houston, TX 77046

Ellis County Tax Assessor Collector
302 N. Monroe St.
Waxahachie, TX 75165

Ellis County Tax Assessor Collector
P.O. Drawer 188
Waxahachie, TX 75165

Faegre Drinker Biddle & Reath
LLP
Susan E. Egeland
1717 Main St, 5400
Dallas, TX 75201

Federated Mutual Insurance
Company
121 East Park Square
Owatonna, MN 55060

Flagstar Financial & Leasing,
LLC
100 Duffy Ave
Hicksville, NY 11801

Foundation Capital Resources
3900 South Overland Avenue
Springfield, MO 65807

Foundation Capital Resources
c/o Matthew S. Rupley
Murray/Lobb, PLLC
2200 Space Park Drive, Suite 350
Houston, TX 77058

GCM Funding, LLC
1400 N. Hampton Road
Desoto, TX 75115

Glayton Quinn
24 Greenway Plaza 600
Houston, TX 77046

Gordon Construction, LLC
c/o
123 Main Street
Desoto, TX 75115

Heidi O. Vicknair
24 Greenway Plaza 600
Houston, TX 77046

Hines & Maxwell, PLLC
502 N. Ridgeway
Cleburne, TX 76033

Huntington Bank
7 Easton Oval
Columbus, OH 43219

Huntington National Bank
7 Easton Oval
Columbus, OH 43219

Integrated Vehicle Leasing, Inc.
734 Walt Whitman Road
Melville, NY 11747

Internal Revenue Service
1100 Commerce 9A20 - MC 5024
Dallas, TX 75242

Internal Revenue Service
Special Procedures - Insolvency
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Austin, TX 73301-0010

Itria Ventures LLC
1 Penn Plaza Ste. 3101
New York, NY 10119


James Crewse
Crewse Law Firm, PLLC
8150 N. Central Expway 550
Dallas, TX 75206


Jason C. Webster
24 Greenway Plaza 600
Houston, TX 77046


Jeff Falkenbach
c/o Webster Vicknair Macleod
24 Greenway Plaza
Houston, TX 77046


John Smiley
c/o Webster Vicknair MacLeod,
24 Greenway Plaza 600
Houston, TX 77046


Kathryn H.S. Heitt
24 Green Plaza 600
Houston, TX 77046


Kevin Stewart Wiley, Attorney
325 N. Saint Paul St. 4400
Dallas, TX 75201


Kristi Falkenbach
Webster Vicknair MacLeod
24 Greenway Plaza
Houston, TX 77046

Lana Smiley
Webster Vicknair MacLeod
24 Greenway Plaza
Houston, TX 77046

MacKenzi Arteaga, Next
Friend to J.A>, Minor Child
Webster Vicknair MacLeod
24 Greenway Plaza
Houston, TX 77046

Miller & Sons Funeral Car
Sales
P.O. Box 6166
Monroe Township, NJ 08831

Miller & Sons Funeral Car
Sales, Inc.
Borrowers Haven.com, LLC
P.O. Box 6166
Monroe Township, NJ 08831

Mustang Utility Construction
Services, Inc.
Mark Holiday
1603 Riverview Dr.
Cleburne, TX 76033

Newtek Bank, National
Association
Lake Success Office
1981 Marcus Avenue 130
Lake Success, NY 11042

North Texas Tollway
Authority
P.O Box 260928
Plano, TX 75026

Regions Bank dba Ascentium
Capital
P.O. Box 301593
Dallas, TX 75303-1593

Rosewood Classic Coach, Inc
1215 E. Broadway St.
Morrilton, AR 72110

Ryan S. Maclead
24 Greenway Plaza 600
Houston, TX 77046

Sheldon Clark
Webster Vicknair MacLeod
24 Greenway Plaza
Houston, TX 77046

Signature Leasing
225 BroadHollow Rd 132W
Melville, NY 11747

Spectrum Reach
1001 Morehead Square Drive 500
Charlotte, NC 28203

Stephen Barnes
405 E. Tyler St.
Ennis, TX 75119

Tammy McLaren
304 W. Boyd Dr., Unit 1814
Allen, TX 75013

TCF Equipment Finance
111 Wayzata Bld
801
Hopkins, MN 55305

Texas Secretary of State
Attn Jane Nelson
NA


The Huntington National Bank
11100 Wayzata Blvd. 700
Minnetonka, MN 55305


Webster Vicknair Macleod
25 Green Way Plaza
Richmond, TX 77406


Xerox
P.O. Box 13604
Philadelphia, PA 19101-3604